UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MITCHELL B. RATISHER,**

Plaintiff,

v.   Case No: 5:20-cv-298-GKS-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

# ORDER

THIS CAUSE concerns Plaintiff Mitchell B. Ratisher's appeal[1] from a final decision[2] of the Defendant Commissioner of the Social Security Administration (Commissioner) denying his application for Disability Insurance Benefits.[3] Plaintiff and Defendant filed memorandum in support of their differing positions (Docs. 17, 18).

On December 15, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 19), recommending that the Administrative Law Judge's (ALJ) decision be affirmed. Thereafter, Plaintiff filed Objections to the Report and

---

[1] Complaint filed July 4, 2020. (Doc. 1).

[2] Decision, August 26, 2019. (Doc. 13-2). Subsequently, on April 30, 2020, the Appeals Council denied Plaintiff's request for a review of the ALJ's decision.

[3] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

Recommendation (Doc. 21). The Defendant filed a Response to Plaintiff's Objections supporting adoption of the Report and Recommendation (Doc. 22).

After *de novo* review of the portions of the Report and Recommendation (Doc. 19) to which Plaintiff objects, in this case the ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. It is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this __31__ day of January, 2022.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties